*Mr. Murray Seasongood* for respondent.

No. 604. REX CO. ET AL. *v.* WENATCHEE REX SPRAY CO. ET AL. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Francis C. Downey* and *Fred L. Chappell* for petitioners. *Messrs. John H. Miller, A. W. Boyken,* and *Alfred Gfeller* for respondents.

No. 614. HATCH ET AL. *v.* UNITED STATES; and

No. 615. SAME. *v.* SAME. March 12, 1930: Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. M. Brackney* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Barham R. Gary* for the United States.

No. 620. UNITED STATES EX REL. SHULTS BREAD CO. *v.* BOARD OF TAX APPEALS. March 12, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William C. Sullivan* and *Leon F. Cooper* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Morton K. Rothschild, Clarence M. Charest,* and *Charles T. Hendler* for respondent.

No. 621. BECKER *v.* UNITED STATES. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Max V. Schoonmaker* and *Joseph A. Rossi* for petitioner. *Attor-*